**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**ROBERT STEINBUCH**                                                                                   **PLAINTIFF**

**4:06-MC-00028-WRW**

**JESSICA CUTLER**                                                                                          **DEFENDANT**

## AMENDED ORDER

Plaintiff's Motion to Quash (Doc. No. 1) is GRANTED in PART and DENIED in PART;

On reflection, it appears that the following language in the subpoena *duces tecum* is too broad:

> Each and every email, in electronic form, sent to or from (including cc's and/or bcc's) any email account assigned by you to Robert E. Steinbuch, including but not limited to the email address resteincuh@ualr.edu

As an example, this could include communications between Plaintiff and his lawyer -- Plaintiff's reply lists other examples. So the request set forth in the above quoted language is denied without prejudice to allow Defendant to draw a narrower request.

Otherwise the Motion to Quash is denied; however, UALR is permitted to redact the names of student evaluators if it wishes to do so.

IT IS SO ORDERED this 21st day of September, 2006.

                                             /s/ Wm. R.Wilson,Jr.
                                       UNITED STATES DISTRICT JUDGE